# Third District Court of Appeal

## State of Florida

Opinion filed July 3, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-296
Lower Tribunal No. F19-6448
_____

**Pablo Lyle,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Markus/Moss PLLC and David Oscar Markus and Mona E. Markus, for appellant.

Ashley Moody, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.